IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VICTORY ENERGY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER ENERGY COMPANY, <br><br> Defendant. | CV 14-222-M-DLC-JCL <br><br> ORDER |

Pursuant to the Plaintiff's Notice of Dismissal with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed with prejudice in its entirety. Both side shall bear their own costs and fees.

DATED this 16th day of December, 2014.

Jeremiah C. Lynch
United States Magistrate Judge